CONSTANTINE D. ROBINE v. JAMES J. LITTLE.[1]

December 19, 1902.

Nos. 13,244—(165).

Appeal by defendant from an order of the district court for Lac
qui Parle county, Qvale, J., denying a motion for judgment not-
withstanding the verdict or for a new trial. Affirmed.

*Frank Palmer*, for appellant.

*T. J. McElligott,* for respondent.

PER CURIAM.

In this action plaintiff recovered a verdict of $55.15 for wheat
alleged to have been wrongfully converted by defendant to his
use. This appeal comes here on a denial of a motion for a new
trial.

Plaintiff's wife was the equitable owner of a farm which she
held under a cropping contract from defendant. By its terms,
two-thirds of the wheat grown thereon was to be delivered to the
owner of the land at the end of each season. There was a provi-
sion in the contract that the owner of the land might, at her
option, apply a larger portion of the wheat raised on the farm
than the specified two-thirds provided for therein. It is claimed
that the plaintiff had an arrangement with the owner of the con-
tract, that he might carry on the farm during the year 1897, and,
after he had paid what was due defendant upon the cropping con-
tract, he was to have the surplus of the wheat raised on the farm.
After the season of 1897, when the grain was threshed, it appeared
that six hundred ninety-five bushels of wheat were harvested.
Testimony was offered on the part of the plaintiff tending to show
that a larger portion than the two-thirds due defendant was
delivered to him, with the understanding between plaintiff and
defendant that the latter should account to the former for the
balance over the two-thirds due on the contract; and this involved,
upon the assignments of error herein, purely a question of fact,

[1] Reported in 92 N. W. 1130.

upon the record, which was settled and determined by the verdict of the jury under proper instructions by the trial court, and we are unable to discover any legal grounds for overruling its order denying the motion for a new trial.

Order affirmed.